UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOAN DAVID MENDOZA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| MARKWAYNE MULLIN *in his official capacity as Secretary of the Department of Homeland Security*, et al., | § § § § | Civil Action No. 3:26-CV-3036-X |
| | § | |
| *Defendants*. | § | |

**ORDER OF DISMISSAL**

In its September 9, 2026 order, the Court ordered that it "will not proceed amidst such jurisdictional uncertainty. . . . Mendoza may refile his complaint within twenty-eight (28) days, which should address this Court's subject-matter jurisdiction over their claims to avoid dismissal with prejudice." (Doc. 7). More than 28 days have passed, and Mendoza has not filed an amended complaint. Accordingly, the Court **DISMISSES WITH PREJUDICE** this case and **DIRECTS** the clerk's office to close this case. Each party shall bear its own fees and costs.

**IT IS SO ORDERED** this 19th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE